## SANDERS v. STATE.

No. 19115.

Court of Criminal Appeals of Texas.

June 9, 1937.

Traylor Russell and Seb F. Caldwell, both of Mt. Pleasant, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The record is before this court without statement of facts or bills of exception. In the absence of the evidence heard upon the trial, this court is unable to appraise the matters presented in the motions for new trial.

The judgment is affirmed.